

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2022

No. 04-22-00360-CR

Monique Denniss **VALLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 21-04-00083-W
Honorable Lynn Ellison, Judge Presiding

**ORDER**

In accordance with this opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

Appellant's motion for extension of time to file her notice of appeal is DENIED. Appellant's motion to abate is DENIED.

It is so **ORDERED** on August 3, 2022.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2022.

Michael A. Cruz, Clerk of Court